(43 South. 400.)

No. 16,289.

WELCH et ux. v. SMITH et al.

(March 18, 1907.)

Appeal from Twenty-Sixth Judicial District Court, Parish of Washington; Thomas Moore Burns, Judge.

Action by George P. Welch and wife against Henry J. Smith and others. Judgment for defendants. Plaintiffs appeal. Appeal dismissed.

Prentiss Bernard Carter, Gordon W. Goodbee, and Henry L. Garland, Jr., for appellants. Miller & Morgan, for appellees.

On Motion to Dismiss.

LAND, J. The appeal herein was made returnable to the Supreme Court on August 15, 1906, and on the application of the appellants the return day was extended to September 15, 1906. The transcript was filed on October 1, 1906, which was the first day of the present term.

For the reasons stated in the case of John Brooks and Wife v. Henry Smith et al. (this day decided) 43 South. 399, ante, p. 758, the appeal herein is dismissed.

---

(43 South. 400.)

No. 16,288.

CARROL et ux. v. MAGEE et al.

(March 18, 1907.)

Appeal from Twenty-Sixth Judicial District Court, Parish of Washington; Thomas Moore Burns, Judge.

Action by Samuel and Mary Carrol against Joe N. Magee and others. Judgment for defendants, and plaintiffs appeal. Dismissed.

Prentiss Bernard Carter, Henry L. Garland, Jr., and Gayer & Ott, for appellants. Miller & Morgan, for appellees.

On Motion to Dismiss.

LAND, J. The appeal herein was made returnable to the Supreme Court on August 15, 1906, and on the application of the appellants the return day was extended to September 15, 1906. The transcript was filed on September 20, 1906.

For the reasons stated in the case of John Brooks and Wife v. Henry Smith et al. (this day decided) 43 South. 399, ante, p. 758, the appeal herein is dismissed.